IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL SIERRA,<br><br>                Plaintiff,<br><br>    v.<br><br>FCA US LLC,<br><br>                Defendant. | Case No. 1:19-cv-00828-LJO-EPG<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE DISMISSAL DOCUMENTS<br><br>(ECF No. 12) |

On August 28, 2019, Plaintiff notified the Court that the parties had settled the case and were in the process of finalizing that settlement. (ECF No. 10.) In light of the settlement, and Plaintiff's representation that they anticipated the settlement to be finalized in 60 sixty days, the Court directed the parties to file the appropriate dismissal documents by November 1, 2019. (ECF No. 11.) On October 31, 2019, Plaintiff filed a motion seeking an additional 30-45 days within which to file dismissal documents. (ECF No. 12.) The Court finds good cause for granting the requested extension of time. Accordingly, IT IS ORDERED THAT Plaintiff's motion for an extension of time to file dismissal documents (ECF No. 12) is GRANTED. The parties are to file the appropriate dismissal documents no later than December 16, 2019.

IT IS SO ORDERED.

Dated:   **November 1, 2019**              /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE